UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-60805
_____

ALICE RUTH GREER; KARL B. TOOKE

Plaintiffs-Appellants,

versus

MINNESOTA MUTUAL LIFE INSURANCE
COMPANY; HENRY B. NALLEY

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
(3:96 CV 682 WS)
_____

September 24, 1998

Before JOLLY, BARKSDALE, and BENAVIDES Circuit Judges:

PER CURIAM:[*]

For this appeal from the FED. R. CIV. P. 54(b) final judgment dismissing with prejudice all claims against Henry B. Nalley in this removed diversity action, in which defendants asserted, *inter alia*, that Nalley, a resident defendant, was fraudulently joined, and having reviewed the briefs and the record, we **AFFIRM** essentially for the reasons stated in the district court's comprehensive order.

*AFFIRMED*

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.